UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR421-0137

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g) |
| | ) | Possession of Firearm by |
| SHAWN A. GREEN | ) | Prohibited Person |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about May 6, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**SHAWN A. GREEN,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a Glock, Model 27, .40 caliber pistol, which had been transported in interstate and foreign commerce. All in violation of Title 18, United States Code, Section 922(g)(1).

{Signatures on Following Page}

A True Bill.

_____
David H. Estes
Acting United States Attorney

_____
Darron J. Hubbard
Special Assistant United States Attorney

_____
Karl Knoche
Chief, Criminal Division
Assistant United States Attorney